UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN BRUCE MCKAY ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.   CR06-206 RSM <br><br> BOND REVOCATION AND <br> DETENTION ORDER |

Date of Hearing: November 20, 2006

Violations charged:

(1) Violation of the bond condition that he not use, consume or possess a controlled substance, unless the substance is prescribed to him by a physician, by using cocaine on or about October 27, 2006;

(2) Violation of a special condition which requires that he comply with drug testing, by failing to call the telephone scheduling system as directed by Pretrial Services, on October 30, 2006 and October 31, 2006;

(3) Violation of a special condition requiring he submit to drug and alcohol testing as directed by Pretrial Services, by failing to submit to testing on October 30, 2006 and November 1, 2006.

DETENTION ORDER
PAGE -1-

At today's bond revocation hearing, I advised the defendant of these charges and of his constitutional rights. The defendant admitted to all violations. Accordingly, the bond was revoked as defendant poses a risk of nonappearance and danger to the community.

**It is therefore ORDERED:**

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of November, 2006.

MONICA J. BENTON
United States Magistrate Judge